FILED
2022 MAR 16 PM 2:45
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ___

1  Name: NASSIR BLACK
2  Address: 8255 Vineyard
3  Ave. Rancho Cucamonga, Ca 91730
4  Phone: 840-999-2863
5  Plaintiff In Pro Per

N/S
B/O

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

NASSIR BLACK, 

PLAINTIFF,

vs.

R.W. & SELBY CO. INC
RICK SELBY

DEFENDANT(S).

Case No.: EDCV22-00484-FMO(KKx)
(To be supplied by the Clerk)

COMPLAINT FOR:
_____
_____
_____
_____
_____
_____

Jury Trial Demanded

## I. JURISDICTION

1. This Court has jurisdiction under _____
_____
_____
_____
_____
_____
_____
_____
_____

Pro Se Clinic Form                    Page Number

## Affidavit of Truth

| | | |
|---|---|---|
| County of San Bernardino | ) | R.W. & Selby Co. INC |
| State of California | ) | 8255 Vineyard Ave. Apt. 1900 G |
| NASSIR BLACK | ) | Rancho Cucamonga, California 91730 |

**BEFORE ME**, the undersigned Notary Public, personally appeared NASSIR BLACK, who makes the following statement and affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts, and things set forth are true and correct to the best of his or her knowledge:

1. My name is NASSIR BLACK, and I currently reside at 8255 Vineyard Ave. Apt 1900 G Ranch Cucamonga, CA 91730 in San Bernardino County.
2. I am either over the age of 18 or a legally emancipated minor.
3. R.W. Selby has committed multiple violations against my estate pursuant to Federal Consumer Protection Laws and Coded Federal Regulations.
4. R.W. & Selby Co. INC has caused hardship, turmoil and distress to my estate. Below is a detailed timeline of events leading to the violations of Federal Law.

January 2022 I, NASSIR BLACK sent the C. E. O. Rick Selby of R. W. & Selby Co. INC. legal notification of the billing error and other violations being committed against my estate which I have postal delivery confirmation for. R.W. Selby & Co. INC. never responded to my legal notice and correspondence. February 2022 I NASSIR BLACK walked into the management office to get and itemized monthly statement since the company refused to mail my monthly statement and spoke with Colleen about the billing error and that I want my statements mailed to me monthly. To which she replied, "our company does not do that". To which I replied, "I don't think that is legal". Colleen goes on to explain that payments may only be made online with credit or debit cards.

March 1st, 2022, I NASSIR BLACK walked into the management office to pay the February and March monthly obligation. Days later I received email correspondence from Eduardo of R.W. & Selby Co. INC. stating that I owed an outstanding balance. I explained to Eduardo that I satisfied January and February monthly obligation. To which Eduardo responded, "we will be accepting your payment".

Respectfully,

NASSIR BLACK   3/15/2022

## CFR Violations

It has come to my attention that my Federally Protected Consumer Rights have been violated. This knowledge has brought hardship and turmoil upon my estate. My securities are being stolen and I feel helpless. I submitted a credit application to R.W. & SELBY Co. INC, extending my open-ended social security credit card on the application. Creating a Trustee relationship for my beneficiary status. Pursuant to federal law and regulation a credit/ bank application is a financial asset (12 CFR 360.6(2)) I am also aware pursuant to 22 CFR 13.3 the Trustee cannot neglect their duty and obligation to the beneficiary NASSIR BLACK. 15 U.S.C 1602 (j) Congress designated my social security credit card open-ended, and R.W. & SELBY Co. INC refused to mail my monthly interest statements, has dishonored my remittance payment and the truth and lending act by not acknowledging regulation Z consumer open end credit, and also keeping my estates receivables (double book keeping) creating a billing error. (12 CFR § 1026.13) R.W. & SELBY Co. INC never disclosed to my estate that they would be keeping my interest while charging my estate a monthly fee on the Principle. It seems as if R.W. & SELBY Co. INC is conspiring against my estate. (Title 42 U.S.C. 1983 Constitutional Injury, 1985 Conspiracy, 1986 Knowledge and neglect to prevent a U.S. Constitutional wrong. Under Title U.S.C. A.241 Conspiracy case no. 96- 41-347-DRS Memorandum of Law – 8 – violators shall be fined not more than $10,000 or imprisoned not more than 10 years or both)

This correspondence is also in regard to adverse action committed upon my signing of the lease agreement. The adverse action offer is here by **rejected**, a credit/ bank application is a financial asset (12 CFR 360.6(2)) as well as self-liquidating paper (17 CFR 260.11b-6)).

These violations consist of but are not limited;

- 22CFR 13.3-liability for neglect of duty or for malfeasance generally
- 7 CFR § 765.305 Release of Securities
- 12 CFR § 1026.13 Billing Error
- 12 CFR § 226.6 Account opening disclosure
- 12 CFR § 1002.2 Account Definitions
- 12 CFR § 141.5 • 15 U.S.C. 78j Adverse Action
- 15 U.S.C 78ff
- 15 U.S.C 1691(a)(3)
- 17 CFR § 260.11b-6
- 18 U.S.C. 241
- 18 U.S.C. 242

<span style="color:red">
• 18 U.S.C. 1341, 1343, 1961, 1962, Civil RICO

• Title 42 U.S.C. 1983 Constitutional Injury, 1985 Conspiracy, 1986 Knowledge and neglect to prevent a U.S. Constitutional wrong. Under Title U.S.C. A.241 Conspiracy case no. 96-41-347-DRS Memorandum of Law – 8 – violators shall be fined not more than $10,000 or imprisoned not more than 10 years or both
</span>

Reconsideration: Open-end consumer credit card (15 U.S.C. 1602(m)) with maximum allowable by the applicable law (15 U.S.C. 1602(j)). Balance will be zeroed on a monthly basis via special deposit of the interest-bearing coupons associated on the itemization statement, instrument is a non-cash item (12 CFR 210.2(k)).

Final offer non-negotiable relief and remedy from default may be achieved by servicing contract/self-liquidating paper under regulation z for a finance charge. To dishonor this counteroffer must be received within Five (5) calendar/business days from the receipt of this notice via written correspondence. *Conspicuous statement do NOT ignore*

R.W. & SELBY Co. INC has the opportunity to cure, and this is your notice of default for the servicing of the bank/ credit application.

Legal proceedings may be enacted if dishonored.

Notice to agent is notice to principal

Notice to principal is notice to agent


Consumer Remedies;

• Pay damages $1,000.00 per Federal violation $15,000.00 settlement offer.

• Mail monthly statements to Nassir Black.

• (15 U.S.C. 1602(m) the term "accepted credit card" which the cardholder has requested and received or has signed or has used, or authorized another to use for the purpose of obtaining money, property, labor, or service on credit.

• (15 U.S.C. 1602(j) open end credit plan and open end consumer credit plan means a plan under which the creditor reasonably contemplates repeated transactions which prescribes the terms of such transactions and which provides for a finance charge which may be computed from time to time on the outstanding unpaid balance.

• 12 CFR 210.2(k) Noncash item means an item that a receiving reserve bank classifies in its operation circulars as requiring special handling. The term also means an item normally received as a cash item if a reserve bank decides that special conditions require that it handle the item as a noncash item.

• Pay damages pursuant to FCA (False Claim Act) 31 U.S.C §§ 3729 - 3733



**March rent balance due- Late fees posting at noon**

**Eduardo Garcia**
eduardo.garcia@rwselby.com
Hide details

To: Eduardo Garcia

Date: March 4, 2022, 11:19 AM

Hello resident,

This is a reminder that you have an outstanding balance over $300 on your account and late fees will be posted at 12pm today. We ask that you please make online payment or stop by the office with your rent check for the month.

Please be advised that legal 3 day notices will be issues this afternoon- Monday for any past due rent balance due. We ask that you please pay your balance before 2pm to avoid a notice of payment posted and served to your door.





**Nassir Black**
nassblack76@gmail.com
Hide details

To: Eduardo Garcia

Date: March 5, 2022, 8:03 PM

Hi Eduardo. I have attached a copy of my rental payment for January/February 2022. I came in to pick up the March ledger on 3/2/2022. If you intend to dishonor my payment please explain why your company would violate my federally protected consumer rights & the Federal regulation of The Bill of Exchange Act in writing so I may have the document for my records. I will assume your 3 day to pay or quit my lease was sent by mistake until I have your response in writing.

 82720464-D65B-4B8F-A...



**Resident Ledger**

R.W. SELBY & COMPANY, INC.

Date: 02/21/2022

| Code | t0042537 | | |
|---|---|---|---|
| Name | Nassir Black | | |
| Address | 8255 Vineyard Ave | | |
| | Unit 1900G | | |
| City | Rancho Cucamonga, CA 917... | | |

| Date | Chg Code | | |
|---|---|---|---|
| 11/15/2020 | secdep | :Posted by Qu... | |
| 11/15/2020 | | chk# :QuickTra... | |
| 12/09/2021 | valetw | Unpaid balance 12.09-12... | 808.55 | 827.10 2602310 |
| 12/09/2021 | rent | Unpaid balance 12.09-12.31.21 | | 3,171.10 2612821 |
| 01/01/2022 | rent | Monthly Rent (01/2022) | 2,344.00 | 5,515.10 2629290 |
| 02/01/2022 | rent | Monthly Rent (02/2022) | 2,344.00 | |
| 02/04/2022 | late | Late Fee | 100.00 | 5,615.10 2635326 |

**UNITED STATES POSTAL SERVICE**
Serial Number 27841182963

Pay to: R.W. Selby & Co Inc
Address: 11601 San Vicente Blvd Ste 510
Los Angeles, CA 90049-5122
Memo: Rent

:000000800 2: 278411 82963 3⋕

**POSTAL MONEY ORDER**
2021-12-07   923760   $1.00
One Dollar and 00/100 **********
Clerk 11

From: Nassir Black
Address: 8255 Vineyard Ave #1900G
Rancho Cucamonga, Co 91730

UCC 3-603/UCC 3-311

Offer Accepted for Value Received $5,615.10 for Accord and satisfaction of the Obligation due/ Pay to the order/ Pay to the bearer for special Deposit for special purposes such as Exhibit, or General Deposit. To pishard Return within 3 business days

By Accommodation without Recourse
Nassir Black



**Eduardo Garcia**
eduardo.garcia@rwselby.com
Hide details

To: Nassir Black
Cc: Colleen Rodriguez
    Karina Garcia
Date: March 7, 2022, 4:20 PM

Hello Nassir,

You have a current balance of $8059.10. We will not be accepting your $1 money order. You are welcome to come by the office and pick the money order up. It will be in our safe.

The 3 day notice to pay or quit is valid and does expire tomorrow afternoon.



**Nassir Black**
Hi Eduardo. I'm currently in

mail.google.com

5:30

Primary

Date:   March 7, 2022, 5:45 PM

Hi Eduardo. I'm currently in correspondence with Rick Selby through the FTC (Federal Trades Commission). Please forward my rent payment to the Los Angeles headquarters address so they can process my negotiable instrument. I do not see your name as an Executive officer on the board of directors for R.W. Selby & Co. making you unqualified to deny/accept anything on the companies behalf.
Thank you.

**Nassir Black**
nassblack76@gmail.com
Hide details

To:   Eduardo Garcia

Date:   March 7, 2022, 5:54 PM

If you are dishonoring my payment and will not forward my payment to the Los Angeles office please return payment via mail to 8255 Vineyard Ave apt 1900 G with a reason for the denial of the negotiable instrument.



mail.google.com

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __San Bernardino__ )

On __March 15, 2022__ before me, __Jennel Denae Dorey, Notary Public__
(insert name and title of the officer)

personally appeared __Nassir Black__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JENNEL DENAE DOREY
COMM. # 2366505
NOTARY PUBLIC - CALIFORNIA
SAN BERNARDINO COUNTY
MY COMM. EXP. JULY 20, 2025

Signature _____ (Seal)