JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NASSIR BLACK,

    Plaintiff,

v.

R.W. SHELBY CO., et al.,

    Defendants.

Case No. ED CV 22-0484 FMO (KKx)

**ORDER AND JUDGMENT DISMISSING ACTION FOR LACK OF PROSECUTION**

Pursuant to the Court's Order of April 20, 2022, (Dkt. 11), pro se plaintiff Nassir Black ("plaintiff") was informed of his obligation to keep the court apprised of his current address pursuant to Local Rule 41-6 ("Dismissal – Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address") and to file a Notice of Change of Address no later than May 11, 2022. (See Dkt. 11, Court's Order of April 20, 2022, at 1). The court advised plaintiff that "failure to timely comply with this Order, or with his continuing obligation to keep the court apprised of a current mailing address, shall result in this action being dismissed for lack of prosecution and/or for failure to comply with the orders of the court." (Id.).

As of the filing date of this Order, no Notice of Change of Address has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the court,

pursuant to Local Rule 41.  See also Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 8th day of June, 2022.

                                          /s/
                        Fernando M. Olguin
                  United States District Judge